Arthur J. GUNDERSON, v. The OCEAN ACCIDENT & GUARANTEE CORPORATION.

No. 8654.

Circuit Court of Appeals, Ninth Circuit.

Sept. 7, 1937.

Lawrence Hall, of Long Beach, Cal., for appellant.

Redman, Alexander & Bacon, of San Francisco, Cal., and George H. Moore, of Los Angeles, Cal., for appellee.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon motion of appellee, and by direction of the court, ordered appeal herein dismissed for failure of appellant to file record and docket cause; mandate to be issued in 30 days.